WILLIAM B. PRITCHARD, as Executor of MARIE V. HUNT, Deceased, Respondent, *v.* BARBARA I. KIRSCH, Appellant, and SOCIETY OF ST. VINCENT DE PAUL, Respondent.

*Pritchard* v. *Kirsch,* 58 App. Div. 332, affirmed.
(Argued April 7, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1901, upon an order which reversed in part a judgment of Special Term construing the will of Marie V. Hunt, deceased.

*Louis Sturcke* for appellant.

*Michael J. Scanlan* for Society of St. Vincent de Paul, respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE THIRD NATIONAL BANK OF BUFFALO, Respondent, *v.* BUFFALO WHEEL COMPANY et al., Appellants.

*Third Nat. Bank* v. *Buffalo Wheel Co.,* 66 App. Div. 293, affirmed.
(Argued April 8, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 18, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James McC. Mitchell* and *Martin Carey* for appellants.

*Loran L. Lewis, Jr.,* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: HAIGHT, J.